1 | **PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.    Bar #: 185736
2 | Michelle L. Wakefield, Esq.    Bar #: 200424
3033 Fifth Avenue, Suite 410
3 | San Diego, CA 92103
Telephone: (619) 858-3671
4 | Facsimile: (619) 858-3646



5 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION a.k.a. AMTRAK; And DOES 1 THROUGH 10, Inclusive<br><br>        Defendants. | Case No.: C 05-4134 CRB<br><br>STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY STIPULATED** by and between LINDA THOMPSON, Plaintiff, on the one hand, and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant NATIONAL RAILROAD PASSENGER CORPORATION a.k.a. AMTRAK, from Plaintiff's Complaint, Case Number: C 05-4134 CRB. Additionally, Plaintiff requests that the Complaint be dismissed with prejudice in its entirety.

1        Case Number: C 05 –4134 CRB

Document Date: March 3, 2006

1 | IT IS SO STIPULATED.

Dated: 3/3, 2006

**PINNOCK & WAKEFIELD, A.P.C.**

By: /s/ David C. Wakefield
DAVID C. WAKEFIELD, ESQ.
Attorneys for Plaintiffs

Dated: 3/3, 2006

**STEEFEL LEVITT & WEIS, A.P.C.**

By: /s/ Constance E. Norton
CONSTANCE E. NORTON, ESQ.
Attorneys for NATIONAL RAILROAD
PASSENGER CORPORATION

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that Defendant NATIONAL RAILROAD PASSENGER CORPORATION a.k.a. AMTRAK IS dismissed with prejudice from Plaintiffs' Complaint, Case Number: C 05-4134 CRB. Additionally, Plaintiff's Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 8, 2006

/s/ Charles R. Breyer
HONORABLE CHARLES R. BREYER
UNITED STATES MAGISTRATE JUDGE

2    Case Number: C 05-4134 CRB

Document Date: March 3, 2006